# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| CLARENCE N. McCOY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:20-cv-00035-JB-M |
| | ) |
| CONTINENTAL MOTORS, INC., | ) |
| a/k/a CONTINENTAL AEROSPACE | ) |
| TECHNOLOGIES, | ) |
| | ) |
| Defendant. | ) |

## DISCLOSURE STATEMENT

Comes now Continental Aerospace Technologies, Inc., formerly known as Continental Motors, Inc. ("Continental"), a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees, affiliates, or similarly related individuals or entities reportable under the provisions of S.D. Ala. CivLR 7.1:

_____    This party is an individual, or

_____    This party is a governmental entity, or

_____    There are no entities to be reported, or

\_\_X\_\_\_    The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| Continental Aerospace Technologies Limited | Continental is a wholly owned subsidiary of Continental Aerospace Technologies Limited. |
| AVIC International (HK) Limited | Continental Aerospace Technologies Limited is a wholly owned subsidiary of AVIC International (HK) Limited, a Bermuda corporation that is publicly traded on the Hong Kong Stock Exchange. |

| | |
|---|---|
| AVIC International Holding Company | A majority of the shares of AVIC International (HK) Limited are owned by AVIC International Holding Corporation, a state-owned enterprise of the People's Republic of China. |

Dated: April 27, 2020          Respectfully submitted,

ARMBRECHT JACKSON LLP
Post Office Box 290
Mobile, Alabama 36601
Telephone:(251) 405-1300
Facsimile: (251) 432-6843

By:   *s/ Timothy A. Heisterhagen*
      Sherri Rich Ginger (GING9300)
      srg@ajlaw.com
      Timothy A. Heisterhagen (HEIST0290)
      tah@ajlaw.com

*Attorneys for Defendant Continental Aerospace Technologies, Inc., formerly known as Continental Motors, Inc.*

## **CERTIFICATE OF SERVICE**

      I do hereby certify that on this date, April 27, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Ronnie L. Williams
Williams & Associates, LLC
814 St. Francis Street
Mobile, Alabama 36602
rwilliams@williams-llc.com

                                                  *s/ Timothy A. Heisterhagen*
                                                  Timothy A. Heisterhagen